UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BELINDA SANDIDGE,

          Plaintiff,

   v.

ATC/VANCOM, INC.,

          Defendant.

Case No. CV04-2283L

ORDER GRANTING MOTION FOR EXTENSION OF TIME TO CONDUCT DEPOSITIONS

     This matter comes before the Court on defendant's "Motion for Extension of Time to Conduct Depositions" (Dkt. # 15).  Having considered both parties' memos and the record in this case, IT IS HEREBY ORDERED that defendant's motion is GRANTED.  The discovery deadline to take the depositions of Bardolph S. McConnell and his wife is extended until December 6, 2005.  Plaintiff's request for travel costs is denied.

     DATED this 21st day of November, 2005.

                                                      /s/ Robert S. Lasnik
                                                      Robert S. Lasnik
                                                      United States District Judge

ORDER GRANTING MOTION
FOR EXTENSION OF TIME
TO CONDUCT DEPOSITIONS- 1